IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01086-BNB

ALEXANDER N. GARCIA,

    Plaintiff,

v.

JOE ORTIZ, Executive Director of D.O.C.,
CORRECTIONAL OFFICER, RORICK, (CTCF),
CORRECTIONAL OFFICER, JOHNSON (CTCF),
CORRECTIONAL OFFICER, H. WILLIAMS (CTCF)
CORRECTIONAL OFFICER, SGT. CELLA (CTCF),
CORRECTIONAL OFFICER, SGT. MULAY (CTCF),
NURSE PRACTITIONER SHEILA (DOE) (CTCF),
JAMES E. ABBOTT, (CTCF) Warden,
KEVIN MILYARD, (CTCF) Associate Warden,
TANYA GARCIA, Social Services Technician,
NURSE PRACTITIONER MARYANN ALESSI,
DR. BAUTISTA, (ACC) Doctor,
DELORES MONTOYA, Health Admin Services,
PATRACIO MANZANERAS, (ACC) Major,
MAJOR MASSEE, (ACC) Major, and
CARL ZENNON, (ACC) Warden,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 6 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING PLAINTIFF TO SUBMIT *IN FORMA PAUPERIS* MOTION

---

This matter is before the Court on the notice of change of address submitted by Plaintiff Alexander N. Garcia and filed with the Court on June 29, 2006. In the notice, Mr. Garcia informs the Court that he no longer is incarcerated at the Bent County Correctional Facility in Las Animas, Colorado, but rather currently is residing at a community corrections facility, i.e., the Centennial Community Transition Center, 14485 East Fremont Avenue, Room 16, Englewood, CO 80112.

On June 19, 2006, the Court entered an order granting Mr. Garcia leave to proceed pursuant to 28 U.S.C. § 1915 (Supp. 2006) and ordering him to pay an initial partial filing fee of $16.00 within thirty days. On June 23, 2006, the copy of the June 19 order mailed to Mr. Garcia was returned to the Court in an envelope marked "Return to Sender" "Not Deliverable as Addressed," "Unable to Forward," and "RTS."

The June 19, 2006, order will be vacated. Instead, Plaintiff will be directed to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Garcia may elect to pay the $350.00 filing fee in order to pursue his claims in this action.

Since Plaintiff has been released from custody, his continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). The clerk of the Court will be directed to mail to Plaintiff at his community corrections address and at the residential address he has provided a copy of the June 19, 2006, order together with the proper forms for filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that the Court's June 19, 2006, order is vacated. It is

FURTHER ORDERED that Mr. Garcia submit **within thirty (30) days from the date of this order** a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915. Alternatively, Mr. Garcia may elect to pay the $350.00 filing fee in order to pursue his claims in this action. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Garcia at his community corrections address and at the residential address he has provided a copy of the Court's June 19, 2006, order; a copy of this order; and two copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Plaintiff fails to file a properly completed Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 **within thirty (30) days of the date of this order**, the amended complaint and the action will be dismissed without further notice.

DATED July 6, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01086-BNB

Alexander N. Garcia
Prisoner No. 82593
Centennial Community Transition Center
14485 East Fremont Avenue, Room 16
Englewood, CO 80112.

I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 7/6/06

GREGORY C. LANGHAM, CLERK

By: /s/ Deputy Clerk