IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01086-BNB

ALEXANDER N. GARCIA,

    Plaintiff,

v.

JOE ORTIZ, Executive Director of D.O.C.,
CORRECTIONAL OFFICER, RORICK, (CTCF),
CORRECTIONAL OFFICER, JOHNSON (CTCF),
CORRECTIONAL OFFICER, H. WILLIAMS (CTCF)
CORRECTIONAL OFFICER, SGT. CELLA (CTCF),
CORRECTIONAL OFFICER, SGT. MULAY (CTCF),
NURSE PRACTITIONER SHEILA (DOE) (CTCF),
JAMES E. ABBOTT, (CTCF) Warden,
KEVIN MILYARD, (CTCF) Associate Warden,
TANYA GARCIA, Social Services Technician,
NURSE PRACTITIONER MARYANN ALESSI,
DR. BAUTISTA, (ACC) Doctor,
DELORES MONTOYA, Health Admin Services,
PATRACIO MANZANERAS, (ACC) Major,
MAJOR MASSEE, (ACC) Major, and
CARL ZENNON, (ACC) Warden,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 0 2006

GREGORY C. LANGHAM
             CLERK

---

ORDER DENYING MOTION FOR RECONSIDERATION

---

Plaintiff Alexander N. Garcia filed *pro se* on October 16, 2006, a motion seeking reconsideration of the order and judgment of dismissal filed on August 18, 2006, in the instant action. On October 18, 2006, Mr. Garcia filed the certificate of mailing and signature page to the motion for reconsideration. The Court must construe the motion liberally because Mr. Garcia is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the

reasons stated below, the motion for reconsideration will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed within ten days after the judgment will be considered pursuant to Rule 59(e). **See id.** A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). **See id.** at 1243. Mr. Garcia's motion, which was filed more than ten days after the Court's August 18, 2006, order and judgment of dismissal will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. **See Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant action without prejudice for failure to cure because Mr. Garcia failed within the time allowed to comply with the July 6, 2006, order directing him either to pay the $350.00 filing fee or to submit an amended motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 in order to pursue his claims in this action. The basis for the dismissal is explained in detail in the August 18, 2006, dismissal order.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Garcia fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion for reconsideration will be denied. Accordingly, it is

ORDERED that the motion for reconsideration submitted *pro se* by Plaintiff Alexander N. Garcia seeking reconsideration of the August 18, 2006, order and judgment of dismissal, and which the Court has construed liberally as a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, is denied.

DATED at Denver, Colorado, this 30 day of Oct., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01086-BNB

Alexander N. Garcia
Prisoner No. 82593
Centennial Community Transition Center
14485 East Fremont Avenue, Room 16
Englewood, CO 80112

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  10/30/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk