# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01086-ZLW

ALEXANDER N. GARCIA,

    Plaintiff,

v.

JOE ORTIZ, Executive Director of D.O.C.,
CORRECTIONAL OFFICER, RORICK, (CTCF),
CORRECTIONAL OFFICER, JOHNSON (CTCF),
CORRECTIONAL OFFICER, H. WILLIAMS (CTCF)
CORRECTIONAL OFFICER, SGT. CELLA (CTCF),
CORRECTIONAL OFFICER, SGT. MULAY (CTCF),
NURSE PRACTITIONER SHEILA (DOE) (CTCF),
JAMES E. ABBOTT, (CTCF) Warden,
KEVIN MILYARD, (CTCF) Associate Warden,
TANYA GARCIA, Social Services Technician,
NURSE PRACTITIONER MARYANN ALESSI,
DR. BAUTISTA, (ACC) Doctor,
DELORES MONTOYA, Health Admin Services,
PATRACIO MANZANERAS, (ACC) Major,
MAJOR MASSEE, (ACC) Major, and
CARL ZENNON, (ACC) Warden,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 5 2007

GREGORY C. LANGHAM
    CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the document titled "Motion to Receive [sic] Registry of Action" and "Motion to Waive Ruleing [sic] of Copies" that Plaintiff submitted to and filed with the Court on August 29, 2007. This matter also is before the Court on the document titled "Notice of Correct Address" and "Request for Registry of Action" that Plaintiff also submitted to and filed with the Court on August 29, 2007.

    The "Motion to Receive [sic] Registry of Action" and "Request for Registry of Action" are GRANTED. The clerk of the Court is directed to mail to Plaintiff a copy of the docket sheet in this action and the proper forms for filing a prisoner civil rights action. Plaintiff is advised that he should not submit to the Court any documents he may want copies of because the Court's electronic filing system does not allow the Court to maintain paper copies. Plaintiff may obtain copies of the electronic documents filed in this action at a cost of fifty cents per page, to be paid in advance.

Plaintiff has appealed from the August 18, 2006, dismissal of the amended complaint and the instant action. The Court is without jurisdiction to address the "Motion to Waive Ruleing [sic] of Copies" and, therefore, the motion is DENIED.

Dated: September 5, 2007

---

Copies of this **Minute Order, a Docket Sheet, and a Prisoner Complaint Packet** were mailed on September 5, 2007, to the following:

Alexander Garcia
Prisoner No. 82593
Kit Carson Corr. Center
PO Box 2000 - Unit AB-202
Burlington, CO 80807

Secretary/Deputy Clerk