**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01086-ZLW

ALEXANDER N. GARCIA,
Plaintiff,

v.

JOE ORTIZ, Executive Director of D.O.C.,
CORRECTIONAL OFFICER, RORICK, (CTCF),
CORRECTIONAL OFFICER, JOHNSON (CTCF),
CORRECTIONAL OFFICER, H. WILLIAMS (CTCF)
CORRECTIONAL OFFICER, SGT. CELLA (CTCF),
CORRECTIONAL OFFICER, SGT. MULAY (CTCF),
NURSE PRACTITIONER SHEILA (DOE) (CTCF),
JAMES E. ABBOTT, (CTCF) Warden,
KEVIN MILYARD, (CTCF) Associate Warden,
TANYA GARCIA, Social Services Technician,
NURSE PRACTITIONER MARYANN ALESSI,
DR. BAUTISTA, (ACC) Doctor,
DELORES MONTOYA, Health Admin Services,
PATRACIO MANZANERAS, (ACC) Major,
MAJOR MASSEE, (ACC) Major, and
CARL ZENNON, (ACC) Warden,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 14 2007

GREGORY C. LANGHAM
CLERK

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

This matter is before the Court on motion titled "Motion to Waive Ruling" that Plaintiff submitted to and filed with the Court on September 11, 2007. As Plaintiff previously was informed in the September 5, 2007, minute order, Plaintiff has appealed from the August 18, 2006, dismissal of the amended complaint and the instant action. The Court is without jurisdiction to address the "Motion to Waive Ruling" and, therefore, the motion is DENIED.

Dated: September 14, 2007

Copies of this Minute Order mailed on September 14, 2007, to the following:

Alexander Garcia
Prisoner No. 82593
Kit Carson Corr. Center
PO Box 2000 - Unit AB-202
Burlington, CO 80807

Secretary/Deputy Clerk